|   |   |
|---|---|
| 1 | The Hon. Jamal N. Whitehead |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CV24-1808-JNW |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
| REAL PROPERTY KNOWN AS 25333 121st PLACE SE, KENT, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON, | **ORDER GRANTING STIPULATED MOTION TO STAY CIVIL FORFEITURE PROCEEDING** |
| Defendant. | |

THIS MATTER having come before the Court on the motion of the United States and claimants Mandel Jackson and Matelita Jackson to stay this proceeding pending resolution of a related criminal matter pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), and the Court having considered the matter and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion to stay this proceeding pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed

Order Granting Stipulated Motion to Stay - 1
*United States v. Real Property at* 25333 121st Place SE, Kent, WA,
CR24-1808-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  pending resolution of the related criminal prosecution of claimants Mandel Jackson and
2  Matelita Jackson at the trial court level, or until further order of the Court.
3       IT IS FURTHER ORDERED that the time for claimants to file an Answer or other
4  responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules
5  for Admiralty and Maritime Claims and Asset Forfeiture is tolled from the date of the
6  filing of the motion for stay through the date of the entry of this Order.
7       IT IS FURTHER ORDERED that any of the parties may request a lifting of the
8  stay at any time pursuant to a written motion; and
9  //
10 //

Order Granting Stipulated Motion to Stay - 2
*United States v. Real Property at* 25333 121st Place SE, Kent, WA,
CR24-1808-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
1    IT IS FURTHER ORDERED that in the event that the related criminal case has
2    not been resolved, the parties shall file a status report within six months from the entry of
3    this Order.
4
5    DATED this 27th day of November, 2024.
6
7
8                                              _____
                                               HON. JAMAL N. WHITEHEAD
9                                              United States District Judge

10   Presented by:
11
12    s/ Karyn S. Johnson
      KARYN S. JOHNSON
13    Assistant United States Attorney
      Counsel for the United States
14
15   s/Carlos M. Santiago, Jr.
     CARLOS M. SANTIAGO, JR
16   Counsel for Mandel Jackson
17
18
19   s/David Reiner Hammerstad
     DAVID REINER HAMMERSTAD
20   Counsel for Matelita Jackson
21
22   s/Brennen Johnson
23   BRENNEN JOHNSON
     Counsel for Matelita Jackson
24
25
26
27
```
Order Granting Stipulated Motion to Stay - 3
*United States v. Real Property at* 25333 121st Place SE, Kent, WA,
CR24-1808-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970