The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REAL PROPERTY KNOWN AS 25333 121st PLACE SE, KENT, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS, THERETO AND THEREUPON,<br>Defendant.<br>and<br>MANDEL JACKSON, and MATELITA JACKSON,<br>Claimants. | NO. CV24-1808-JNW<br><br>**THIRD JOINT STATUS REPORT** |

The United States and claimants Matelita Jackson and Mandel Jackson hereby submit this Third Joint Status Report in the above-captioned matter.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**BACKGROUND**

On November 1, 2024, the United States filed a Verified Complaint for Forfeiture *in Rem* against the following real property (the "Defendant Real Property"):

> Real Property Known as 25333 121st Place SE, Kent, Washington, Together With All Appurtenances, Fixtures, Attachments, and Improvements, Thereto and Thereupon.
>
> Legal Description:
> LOT 15, MEADOW HILLS, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME 114 OF PLATS, PAGE(S) 43 AND 44, IN KING COUNTY, WASHINGTON.
> SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.
> Parcel No. 541230-0150

Dkt. No. 1. In its Verified Complaint for Forfeiture *in Rem*, the United States alleged that the Defendant Real Property facilitated the unlawful manufacturing and possession with intent to distribute controlled substances and/or attempt or conspiracy to manufacture marijuana. *Id.* The United States further alleged that the Defendant Real Property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7) for violations of 21 U.S.C. §§ 841(a)(1) and 846. *Id.*

The United States sent notice of this civil proceeding via certified mail to all persons and entities believed to have an interest in the Defendant Property, including Mandel Jackson and Matelita Jackson. Dkt. No. 2. Notice was posted at the Defendant Real Property on November 7, 2024. Dkt. No. 9. Notice was also published. Dkt. No. 13.

On November 21, 2024, the United States and claimants Mandel Jackson and Matelita Jackson filed a Stipulated Motion to Stay Civil Forfeiture Proceeding (the "Motion"). Dkt. No. 10. On November 27, 2024, the Court granted the Motion and issued an Order staying this civil case pending resolution of the related criminal prosecution of Mandel Jackson and Matelita Jackson, or until further order of the Court. Dkt. No. 11. In this Order, the Court directed the parties to file a status report within six months, *i.e.*, by May 27, 2025. *Id.*



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On December 5, 2024, Matelita Jackson filed a claim of ownership to the Subject Property through her undersigned counsel. Dkt. No. 12.

Mandel Jackson and Matelita Jackson are charged in a related criminal case, *United States v. Marquis Jackson, et al.*, CR24-164-JNW ("*Jackson*"). On May 12, 2025, the United States filed its Second Forfeiture Bill of Particulars in *Jackson*, providing notice of its intent to pursue criminal forfeiture of the Defendant Real Property in the criminal matter. CR24-164-JNW, Dkt. No. 473. On May 15, 2025, the United States filed Notices of Related Cases, again providing notice that this civil forfeiture action is related to *Jackson.* Dkt. No. 14; CR24-164-JNW, Dkt. No. 477.

On May 20, 2025, the United States and Matelita Jackson filed a Joint Status Report (the "Status Report") in this civil case. Dkt. No. 15. In the Joint Report, they requested that the Court maintain the stay of the civil case until conclusion of the related criminal case (*Jackson*) or until a lift of the stay is requested by the parties pursuant to a written motion. *Id.*

On November 21, 2025, the United States, Matelita Jackson and Mandel Jackson filed a Second Joint Status Report (the "Second Status Report") in this civil case. Dkt. No. 17. In the Second Joint Report, they requested that the Court maintain the stay of the civil case until conclusion of the related criminal case (*Jackson*) or until a lift of the stay is requested by the parties pursuant to a written motion. *Id.*

**<u>STATUS OF RELATED CRIMINAL CASE</u>**

The related criminal case, *Jackson*, is ongoing. Trial in *Jackson* is scheduled to begin on November 2, 2026. *See* CR24-164-JNW, Dkt. No. 820. Because the related criminal case is not yet resolved, the United States and claimants Mandel Jackson and Matelita Jackson respectfully request that the Court maintain the stay of this civil forfeiture case until conclusion of the related criminal case (*Jackson*), or until a lift of stay is requested by the parties pursuant to a written motion.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

An updated Joint Status Report will be filed with the Court within six months.

DATED this 9th day of June, 2026.

Respectfully submitted,

*s/Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov
Counsel for the United States

**David Reiner Hammerstad*
DAVID REINER HAMMERSTAD
Law Office of David Hammerstad, LLC
1000 2nd Avenue Ste 3140
Seattle, WA 98104
Phone: (206) 445-0215
david@hammerstadlaw.com
Counsel for Matelita Jackson
**Permission to e-sign and e-file provided via email on May 28, 2026*

**Brennen Johnson*
BRENNEN JOHNSON
Demaine Seeberger PLLC
2115 N 30th St Ste 101
Tacoma, WA 98403
Phone: (253)-572-5323
brennen@demaineseeberger.com
Counsel for Matelita Jackson
**Permission to e-sign and e-file provided via email on May 28, 2026*

*s/Darwin P. Roberts*
DARWIN P. ROBERTS
Goldfarb & Rock Riojas, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206)-452-0260
roberts@goldfarb-huck.com
Counsel for Mandel Jackson
**Permission to e-sign and e-file provided via email on June 9, 2026*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov